UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

| | |
|---|---|
| PEO PAULO JR. | CASE NO. 08-14038 |
| ASHLIE L PAULO | CHAPTER 7 |
| DEBTOR(S). | |

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds

and states as follows:

1.    That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this

estate, which should be distributed to creditors thereof.

2.    The following distributions are in an amount under $5.00:

> Claim # 2 of New Haven Tanning
> Account number:  1627
> Claimed amount:  $42.37
> Pro rata distribution:  $2.82

3.    Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in

the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4.    Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to

the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  June 30, 2010          /s/ Mark A. Warsco
                                                Mark A. Warsco, Trustee
                                                P.O. Box 11647
                                                Fort Wayne, IN  46859-1647
                                                Telephone:  (260) 469-0256
                                                e-mail: bankruptcy@rlwlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on June 30, 2010:

ANTHONY T ADOLF                                  Office, U.S. Trustee
AnthonyAdolf@earthlink.net                   USTPREGION10.SO.ECF@USDOJ.GOV

New Haven Tanning
108 Lincoln Hwy W
New Haven, IN 46774


/s/  Mark A. Warsco
Mark A. Warsco, Trustee